of Appeals for the Second Circuit denied. *Mr. Raymond M. White* for petitioner. *Mr. Alfred C. Bennett* for respondent.

No. 189. HARDEE, RECEIVER, ET AL. *v.* AMERICAN SECURITY & TRUST Co. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. John F. Anderson, Huston Thompson, Herbert S. Ward, George P. Barse,* and *F. G. Awalt* for petitioners. *Messrs. Frederic D. McKenney, John S. Flannery,* and *G. Bowdoin Craighill* for respondent.

No. 191. LOWENDAHL *v.* HESSEY, TRUSTEE IN BANKRUPTCY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Neil P. Cullom* for petitioner. *Mr. Sylvan Hayes Lauchheimer* for respondent.

No. 198. BALTIMORE MAIL STEAMSHIP Co. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Stuart S. Janney* and *Charles Markell* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. M. Leo Looney, Jr., Paul A. Sweeney,* and *W. Marvin Smith* for the United States.

No. 201. DETROIT *v.* WYANDOTTE TRANSPORTATION Co. October 14, 1935. Petition for writ of certiorari to